UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JANELYS HERNANDEZ,                                          :
                                      Plaintiff,            :
                                                            :        22 Civ. 7758 (LGS)
                       -against-                            :
                                                            :             ORDER
KARENNA MARAJ JEWELRY, LLC,                                 :
                                      Defendant.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order, dated October 13, 2022, required the parties to file a proposed

joint letter and case management plan no later than seven days before the initial pretrial

conference;

        WHEREAS, the initial pretrial conference is scheduled for November 16, 2022;

        WHEREAS, Defendant was served on October 21, 2022;

        WHEREAS, Defendant is required to respond to the Complaint by November 14, 2022;

        WHEREAS, Defendant has not appeared in this case and has not yet timely responded to

the Complaint;

        WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It

is hereby

        **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the

joint letter and proposed case management plan as soon as possible and no later than **November

16, 2022,** and shall explain why they have not complied with the Court's deadlines.  If Defendant

refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.

If Plaintiff is not in communication with the Defendants, no later than **November 16, 2022,**

Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up

to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for

default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

It is further

ORDERED that the initial pretrial conference scheduled for November 16, 2022, is

adjourned to **November 23, 2022, at 4:00 P.M.**

Dated: November 10, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2